UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**AMMEE PRICE,** *Individually and as Special Administrator of the Estate of Christopher E. Price, Jr., Deceased,*

   **Plaintiff,**

v.

**UNITED STATES OF AMERICA,**

   **Defendant.**                                              No. 11-cv-661-DRH

### JUDGMENT IN A CIVIL CASE

   **DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

   **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 7, 2013, this case is **DISMISSED** with prejudice.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT


                              BY:      /s/*Sara Jennings*
                                       **Deputy Clerk**

Dated:   July 9, 2013

                    Digitally signed by
                    David R. Herndon
                    Date: 2013.07.09
                    09:54:04 -05'00'
APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT